UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDITH CERRATO | : | |
| Plaintiff, | : | CASE NO.: 3:11-CV-00623-JCH |
| | : | |
| v. | : | |
| | : | |
| SOLOMON & SOLOMON | : | |
| Defendant | : | |

**PLAINTIFF'S FIRST REVISED EXHIBIT LIST**

To simplify introduction of exhibits at trial, Plaintiff is removing from her Exhibit List those exhibits that have been struck as inadmissible, or those that Plaintiff finds to be duplicative, and submits a revised numbering of her Exhibit List.

| New Exhibit Number | Old Exhibit Number | Description |
|---|---|---|
| 1 | 2 | Facsimile dated February 2, 2011 (Deposition Exhibit 2) |
| 2 | 3 | Debtor Inquiry File No 21288258-19 |
| 3 | 5 | File No 22325563-1 |
| 4 | 6 | File No 23234679-1 |
| 5 | 7 | Inter-Office Emails re up-training |
| 6 | 8 | Auto Dialer Records for All Accounts |
| 7 | 14 | Messages for 22325563 |
| 8 | 16 | Untitled call log |
| 9 | 17 | Tina Collins Deposition Transcript |

1

| 10 | 18 | Julie Solomon Deposition Transcript |
|---|---|---|
| 11 | 19 | Douglas Fisher Deposition Transcript |
| 12 | 20 | Nicole Esposito Deposition Transcript |
| 13 | 21 | E-mail dated June 2, 2011 from Jody Burton at Lemberglaw to Julie Solomon attaching C&D letters |

Dated: July 3, 2013

*/s Sergei Lemberg*
Sergei Lemberg
Lemberg & Associates, LLC
1100 Summer Street, Third Floor
Stamford, CT 06905
Tel: 203-653-2250 ext 5501
Fax: 888-953-6237
Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on July 3, 2013, a copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system, which sent electronic notice of such filing to the following:

Cristin E. Sheehan, Esq.
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103-1810

                                                */s/ Sergei Lemberg*
                                                  Sergei Lemberg