UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
7/23/13 .                    20
Roberta D. Tabora, Clerk
By: [signature]
Deputy Clerk

| | | |
|---|---|---|
| JUDITH CERRATO<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:11-cv-623 (JCH) |
| v. | : | |
| SOLOMON & SOLOMON<br>Defendant. | : | JULY 23, 2012 |

## VERDICT FORM

**I.   FDCPA Claim**

1. Has the plaintiff, Ms. Cerrato, proven by a preponderance of the evidence that Solomon & Solomon violated section 1692c(c) of the FDCPA?

    Yes _____    No __✗__

    **If you answered "no" to Question 1, please skip to Section IV. If you answered "yes" to Question 1, proceed to Question 2.**

**II.   Affirmative Defense**

2. Has the defendant, Solomon & Solomon, proven by a preponderance of the evidence its bona fide error affirmative defense?

    Yes _____    No _____

    **If you answered "yes" to Question 2, please skip to Section IV. If you answered "no" to Question 2, proceed to Question 3.**

**III.   Damages**

3. What amount of non-economic damages has Ms. Cerrato proven were directly caused by Solomon & Solomon's violation of the FDCPA?

    $_____

IV.   You have now completed the Verdict Form.  Please have your Foreperson sign and date below.

/s/
_____
FOREPERSON

Dated at New Haven, Connecticut, on this 23 day of July, 2013.