Civil-Trial (3/7/2011)

HONORABLE: _____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO._____

_____

vs

_____
Plaintiff's Counsel

_____
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

☐ …………Jury of _____ reported.    Jury sworn

☐ …………Juror # _____ excused.

☐ …………Jury Trial held ☐ Jury Trial continued until _____ at _____

☐ ………..    Court Trial begun    Court Trial held    Court Trial continued until _____

☐ ……….. Court Trial concluded ☐ DECISION RESERVED

☐ .....#_____Motion_____    ☐granted ☐ denied ☐ advisement

☐ ....#_____Motion_____    ☐granted ☐ denied ☐ advisement

☐ ....#_____Motion_____    ☐granted ☐ denied ☐ advisement

☐ ....#_____Motion_____    ☐granted ☐ denied ☐ advisement

☐ ......    Oral Motion_____    ☐granted ☐ denied ☐ advisement

☐ ......    Oral Motion_____    ☐granted ☐ denied ☐ advisement

☐ ......    Oral Motion_____    ☐granted ☐ denied ☐ advisement

☐ ......    Oral Motion_____    ☐granted ☐ denied ☐ advisement

☐ ......    _____    ☐ filed ☐ docketed

☐ ......    _____    ☐ filed ☐ docketed

☐ ......    _____    ☐ filed ☐ docketed

☐ ......    _____    ☐ filed ☐ docketed

☐ ......    _____    ☐ filed ☐ docketed

☐ …………. Plaintiff(s) rests ☐ Defendant(s) rests

☐ …………. Briefs(s) due __ Pltf _____ __Deft _____    Reply _____

☐ …………. ☐ Summations held ☐ Court's Charge to the Jury

☐ ……….. All full exhibits, ☐Verdict form,    Interrogatories to the jury handed to jury

☐ ……….. Jury commences deliberations at _____

☐ ……….. Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)

☐ ……….. SEE page 2 for verdict

☐ ……….. COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____


☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____