UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JUDITH CERRATO

v                                                                        3:11cv623(JCH)

SOLOMON & SOLOMON
DOES 1-10, inclusive


<u>JUDGMENT</u>

This matter came on for trial before a jury and the Honorable Janet C. Hall,
United States District Judge.  On July 23, 2013, after deliberation, the jury returned a
verdict in favor of the defendant, Solomon & Solomon, against the plaintiff, Judith
Cerrato.

Additionally, on 12/27/2011, after holding a status conference, the court
dismissed all claims with respect to defendants Does 1-10.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for
the defendant, against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 24th day of July, 2013.

ROBIN D. TABORA, Clerk


By /s/ Diahann Lewis
Deputy Clerk


Entered on Docket   7/24/2013